

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Shana Elliott and Lawrence Kalke,
Appellants

No. 06-22-00078-CV     v.

City of College Station, Texas; Karl
Mooney, in his Official Capacity as Mayor
of the City of College Station; and Bryan
Woods, in his Official Capacity as the City
Manager of the City of College Station,
Appellees

Appeal from the 85th District Court of
Brazos County, Texas (Tr. Ct. No. 22-
001122-CV-85). Opinion delivered by
Justice Rambin, Chief Justice Stevens and
Justice van Cleef participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the district court's grant of the Appellees' plea to the jurisdiction and the concomitant dismissal of the Appellants' case.

     We further order that the appellant, Shana Elliott and Lawrence Kalke, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk